# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Omon Bridget Isiramen,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Yuma Regional Medical Center,<br><br>　　　　Defendant. | No. CV-18-02749-PHX-JAS<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation (Doc. 47) issued by Magistrate Judge Lynnette Kimmins. In the Report and Recommendation, Magistrate Judge Kimmins recommends enter an order granting Defendant's motion for summary judgement (Doc. 38). As the Court finds that the Report and Recommendation appropriately resolved the motion, the objections are denied.[1]

Accordingly, IT IS ORDERED as follows:

(1) Magistrate Judge Kimmins's Report and Recommendation (Doc. 47) is accepted and adopted.

(2) Defendant's motion for summary judgment is granted, and Plaintiff's complaint (Doc. 1) is dismissed with prejudice. The Clerk shall enter judgment and close the case file.

Dated this 16th day of March, 2020.

　　　　　　　　　　　　　　　　　Honorable James A. Soto
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).